1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TEDDY S. WILLIAMS,

11              Petitioner,              No. CIV S-07-0006 WBS KJM P

12       vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.

19              Petitioner is incarcerated and was convicted in Santa Barbara County.  Santa

20   Barbara County is in an area embraced by the United States District Court for the Central

21   District of California.

22              Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the

23   district of confinement have concurrent jurisdiction over applications for habeas corpus filed by

24   state prisoners.  Because petitioner was not convicted in this district, and is not presently

25   confined here, this court does not have jurisdiction to entertain the application.

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

2.  This matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED:  January 19, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
will0006.108b

2